Daniel Srourian, Esq.
daniel@slfla.com
**SROURIAN LAW FIRM, P.C.**
468 N. Camden Drive, Suite 200
Beverly Hills, CA 90210
Tel: (213) 474-3800
***Attorney for Plaintiffs***

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE APRO, LLC d/b/a UNITED PACIFIC DATA INCIDENT** | Lead Case No. 2:25-cv-04994-SVW-PD<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Lakesha Williams and Plaintiff Monica Huff, by and through their undersigned counsel, hereby give notice that the above-captioned action is voluntarily dismissed without prejudice.

Dated: May 15, 2026

*/s/: Daniel Srourian, Esq.*
Daniel Srourian, Esq.
daniel@slfla.com
**SROURIAN LAW FIRM, P.C.**
468 N. Camden Drive, Suite 200
Beverly Hills, CA 90210
Tel: (213) 474-3800

***Counsel for Plaintiffs***

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served on all counsel of record through CM/ECF.

Date: May 15, 2026

*/s/: Daniel Srourian, Esq.*
Daniel Srourian, Esq.